# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

           Chapter 13

           Bankruptcy No. 18-18490-MDC

ROSE MARY MOORE

549 HAZEL AVENUE

FOLSOM, PA 19033

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    ROSE MARY MOORE

    549 HAZEL AVENUE

    FOLSOM, PA 19033

**Counsel for debtor(s), by electronic notice only.**
    JEANNE MARIE CELLA
    215 N OLIVE ST,  STE 101

    MEDIA, PA 19063-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                            /s/ William C. Miller

Date: 4/26/2019

                            _____
                            William C. Miller, Esquire
                            Chapter 13 Standing Trustee