United States Bankruptcy Court

Eastern District of Pennsylvania

In re:   Case No. 18-18490-mdc
Rose Mary Moore   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2　　　　　　　　　　　　　User: admin　　　　　　　　　　　　　Page 1 of 3
Date Rcvd: Jan 16, 2024　　　　　　　　　　Form ID: 138OBJ　　　　　　　　　　Total Noticed: 33

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rose Mary Moore, 549 Hazel Ave, Folsom, PA 19033-2209 |
| 14264234 | + | M&T Bank servicer for Lakeview Loan Servicing LLC, c/o Rebecca A Solarz, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, Pa 19106-1541 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 17 2024 04:28:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 17 2024 04:28:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14277499 | | Email/PDF: bncnotices@becket-lee.com | Jan 17 2024 04:31:34 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14252791 | + | Email/PDF: bncnotices@becket-lee.com | Jan 17 2024 04:31:30 | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 14270999 | | Email/PDF: bncnotices@becket-lee.com | Jan 17 2024 04:31:34 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14272096 | + | Email/Text: bankruptcy@cavps.com | Jan 17 2024 04:28:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14270771 | + | Email/Text: bankruptcycollections@citadelbanking.com | Jan 17 2024 04:28:00 | Citadel Federal Credit Union, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14252792 | + | Email/Text: bankruptcycollections@citadelbanking.com | Jan 17 2024 04:28:00 | Citadel Federal Credit Union, Po Box 147, Thorndale, PA 19372-0147 |
| 14252793 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 17 2024 04:31:26 | Citibank / Sears, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14252794 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 17 2024 04:31:34 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 14252795 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 17 2024 04:31:29 | Citicards Cbna, Citicorp Credit Svc/Centralized Bankrupt, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14252796 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 17 2024 04:28:00 | Comenity Bank Boscovs, Po Box 182125, Columbus, OH 43218-2125 |
| 14252797 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 17 2024 04:31:30 | Costco Go Anywhere Citicard, Centralized Bk/Citicorp Credit Card Srvs, Po Box 790040, St Louis, MO 63179-0040 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14256614 | | Email/Text: mrdiscen@discover.com | Jan 17 2024 04:27:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14252798 | + | Email/Text: mrdiscen@discover.com | Jan 17 2024 04:27:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14252799 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 17 2024 04:27:00 | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14276597 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 17 2024 04:31:30 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14285669 | ^ | MEBN | Jan 17 2024 04:22:22 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14252800 | | Email/Text: camanagement@mtb.com | Jan 17 2024 04:28:00 | M & T Bank, Po Box 844, Buffalo, NY 14240 |
| 14270196 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 17 2024 04:28:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14281769 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 17 2024 04:31:33 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14252989 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 17 2024 04:31:25 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14277368 | | Email/Text: bnc-quantum@quantum3group.com | Jan 17 2024 04:28:00 | Quantum3 Group LLC as agent for, JH Portfolio Debt Equities LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14281817 | | Email/Text: bnc-quantum@quantum3group.com | Jan 17 2024 04:28:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14252801 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 17 2024 04:31:33 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14252802 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 17 2024 04:31:28 | Synchrony Bank/QVC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14252803 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 17 2024 04:31:25 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14252804 | | Email/Text: bncmail@w-legal.com | Jan 17 2024 04:28:00 | Target, PO Box 660170, Dallas, TX 75266-0170 |
| 14252805 | + | Email/Text: bncmail@w-legal.com | Jan 17 2024 04:28:00 | Tnb-Visa (TV) / Target, C/O Financial & Retail Services, Mailstop BV PO Box 9475, Minneapolis, MN 55440-9475 |
| 14252806 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 17 2024 04:31:33 | Wells Fargo Bank, Po Box 10438, Macf8235-02f, Des Moines, IA 50306-0438 |
| 14273518 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 17 2024 04:31:25 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 31

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14279494 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 16, 2024 | Form ID: 138OBJ | Total Noticed: 33 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2024        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 16, 2024 at the address(es) listed below:

**Name**  **Email Address**

JEANNE MARIE CELLA
on behalf of Debtor Rose Mary Moore paralegal@lawjmc.com r46298@notify.bestcase.com;pennduke@gmail.com

KENNETH E. WEST
ecfemails@ph13trustee.com philaecf@gmail.com

KENNETH E. WEST
on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

MARK A. CRONIN
on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com

MICHAEL PATRICK FARRINGTON
on behalf of Creditor Lakeview Loan Servicing LLC mfarrington@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Rose Mary Moore
    Debtor(s)

Case No: 18−18490−mdc
Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 1/16/24